UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIMMONS, QIANA M § Case No. 11-02637
§
Debtor(s) §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
UNITED STATES BANKRUPTCY CT.
219 S. DEARBORN STREET
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/02/2014 in Courtroom ,
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2014      By: /s/ Andrew J. Maxwell
                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SIMMONS, QIANA M § Case No. 11-02637
§
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 150,000.00 |
| and approved disbursements of | $ 70,213.55 |
| leaving a balance on hand of[1] | $ 79,786.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 6,972.48 | $ 0.00 | $ 6,972.48 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,972.48 |
| Remaining Balance | | | $ 72,813.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $ 7,337.50 | $ 0.00 | $ 7,337.50 |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $ 69.44 | $ 0.00 | $ 69.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Total to be paid for prior chapter administrative expenses  $   7,406.94

Remaining Balance  $   65,407.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,738.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 1,738.97 | $ 1,738.97 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $   0.00

Remaining Balance  $   65,407.03

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 65,407.03 .

      Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Qiana M Simmons
      Debtor

Case No. 11-02637-PSH
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: pseamann      Page 1 of 2      Date Rcvd: Aug 11, 2014
                       Form ID: pdf006      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2014.
```
db          #+Qiana M Simmons,    19001 Anthony Ave,    Country Club Hills, IL 60478-5424
16709559     +Centerpoint Energy Ent,    P O Box 1325,    Houston, TX 77251-1325
16709560     +Check 'n Go,    6311 S Western Ave,    Chicago, IL 60636-2407
16709561     +Collection,    700 Longwater Dr,    Norwell, MA 02061-1796
16709562    #+Contract Callers Inc,    P O Box 212609,    Augusta, GA 30917-2609
16709563     +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
16709566     +ERSolutions,    500 SW 7th Street, #A100,    P.O. Box Box 9004,    Renton, WA 98057-2983
16709567     +First Revenue,    4500 Cherry Creek Dr South,    Denver, CO 80246-1518
16709568     +Harvard Collection Services, Inc.,    166 W Washington,    Suite 300,    Chicago, IL 60602-2390
16709569     +Hsbc/tax,    90 Christiana Road,    New Castle, DE 19720-3118
16709570      Illinois Department of Human Servic,    Account Offset Unit,    PO Box 19502,
               Springfield, IL 62794-9502
16709571     +Illinois Title Loans,    923 E State St,    Rockford, IL 61104-1023
16709573      Payday Advance,    456 W. Buttlefield,    Springfield, MO 65807
16709574     +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
               Lansing, IL 60438-3112
16709576      Torres Credit Srv,    27 F,    Carlisle, PA 17013
16709577     +Vitell & Spitz,    155 N. Michigan Ave,    Suite 600,    Chicago, IL 60601-7511
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16709558     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 12 2014 01:16:24     Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
16709564     +E-mail/Text: clerical.department@yahoo.com Aug 12 2014 01:15:17     Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
16709565     +E-mail/Text: bknotice@erccollections.com Aug 12 2014 01:16:40     Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16709572     +E-mail/Text: bankrup@aglresources.com Aug 12 2014 01:15:07     Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
21687525     +E-mail/Text: bankrup@aglresources.com Aug 12 2014 01:15:08     Nicor Gas,    PO Box 549,
               Aurora, IL 60507-0549
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16709575    ##+Statewide Credit Association,    Po Box 781268,    Indianapolis, IN 46278-8268
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2014                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2014 at the address(es) listed below:
```
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Michael J Block    on behalf of Debtor Qiana M Simmons NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com;mjb@legalhelpers.com;bk@legalhelpers.com
```

```
District/off: 0752-1           User: pseamann              Page 2 of 2             Date Rcvd: Aug 11, 2014
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                         TOTAL: 4