UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 2637 |
| | ) | |
| QIANA M. SIMMONS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO MAXWELL LAW GROUP, LLC, ATTORNEYS FOR TRUSTEE, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 27]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,337.50 | TOTAL COSTS REQUESTED: | $ 69.44 |
| TOTAL FEES REDUCED: | $ 120.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 7,217.50 | TOTAL COSTS ALLOWED: | $ 69.44 |

**TOTAL FEES AND COSTS ALLOWED:  $ 7,286.94**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(8)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(10)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of

fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date: SEP 0 2 2014

PAMELA S. HOLLIS
United States Bankruptcy Judge

7/10/2014  
1:52 PM

Maxwell Law Group, LLC  
Time Detail

Page   3

Simmons, Q. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 12/24/2013 191614 | AJM12 e-mail(s) tort atty re need of documents + information re settlement, review prior correspondance (.2) Reference: PERSONAL INJURY | 450.00 | 0.20 | 90.00 | | Billable |
| 12/30/2013 191443 | NAE10 e-mail(s) to/from AJM re: draft 9019 for PI settlement Reference: PERSONAL INJURY | 225.00 | 0.20 | 45.00 | | Billable |
| 12/30/2013 191444 | NAE10 begin drafting 9019 for PI settlement Reference: PERSONAL INJURY | 225.00 | 1.50 | 337.50 | | Billable |
| 12/31/2013 191452 | NAE10 review case file for 9019 motion details Reference: PERSONAL INJURY | 225.00 | 0.40 | 90.00 | | Billable |
| 12/31/2013 191453 | NAE10 revise 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.20 | 45.00 | | Billable |
| 12/31/2013 191455 | NAE10 draft declaration for special counsel Reference: PERSONAL INJURY | 225.00 | 0.60 | 135.00 | | Billable |
| 12/31/2013 191456 | NAE10 draft Proposed order for 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.60 | 135.00 | | Billable |
| 12/31/2013 191457 | NAE10 finalize 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.20 | 45.00 | | Billable |
| 12/31/2013 191458 | NAE10 e-mail(s) to AJM and CJC re: draft 9019 ready for review Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | | Billable |
| 1/2/2014 191708 | CJC received email from NAE re preparing service list for Simmons (.1); check the docket and download service list (.2); Prepare service list in to a word doc (.5) Reference: PERSONAL INJURY | 100.00 | 0.80 | 80.00 | ⑧ (-$80.00) | Billable |

| 7/10/2014 | | Maxwell Law Group, LLC | | | |
| 1:52 PM | | Time Detail | | | Page 6 |

Simmons, Q: (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 5/8/2014 193333 | CJC prepare time details for review (.6) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | | Billable |
| 5/23/2014 193117 | CJC revise Time detail (.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | | Billable |
| 5/23/2014 193479 | CJC revised time detail (.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS  (-$40.00) | 100.00 | 0.40 | 40.00 | | Billable |
| 6/2/2014 193448 | CJC prepare Trustee application and order (.5); prepare attorney fee app and order (.4) revised time detail (.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 1.30 | 130.00 | | Billable |
| 6/4/2014 193450 | CJC revised final fee apps and time details (.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | | Billable |
| 6/4/2014 193119 | CJC revise time detail and save it in the H.D. (.3) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.30 | 30.00 | | Billable |
| 6/4/2014 193122 | CJC prepare Trusfee application for compensation and order(.6) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | | Billable |
| 6/4/2014 193121 | CJC prepare rough draft for Attorney fee application and order(.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | | Billable |
| 6/10/2014 193140 | AJM12 revise time detail for final fee application(.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.40 | 180.00 | | Billable |
| 6/10/2014 193574 | CJC revise time detail for final review (.4); revised attorney fee app and order (.4) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.80 | 80.00 | | Billable |