UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
SIMMONS, QIANA M                    §         Case No. 11-02637
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| QIANA SIMMONS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Illinois Title Loans 923 E State St Rockford, IL 61104 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MEDICAL LIEN: FINAL DEMAND | | | | | |
| COFMAN & TOWNSELY, LLP. | | | | | |
| COFMAN & TOWNSELY, LLP. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Centerpoint Energy Ent P O Box 1325 Houston, TX 77001 | | | | | |
| | Check 'n Go 6311 S Western Ave Chicago, IL 60636 | | | | | |
| | Collection 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Contract Callers Inc P O Box 212609 Augusta, GA 30917 | | | | | |
| | Credit Management 4200 International Pwy Carrolton, TX 75007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | First Revenue 4500 Cherry Creek Dr South Denver, CO 80239 | | | | | |
| | First Revenue 4500 Cherry Creek Dr South Denver, CO 80239 | | | | | |
| | Hsbc/tax 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Illinois Department of Human Servic Account Offset Unit PO Box 19502 Springfield, IL 62794-9502 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Payday Advance 456 W. Buttlefield Springfield, MO 65807 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Statewide Credit Association Po Box 781268 Indianapolis, IN 46278 | | | | | |
| | Torres Credit Srv 27 F Carlisle, PA 17013 | | | | | |
| | Vitell & Spitz 155 N. Michigan Ave Suite 600 Chicago, IL 60601 | | | | | |
| 000001 | NICOR GAS | | | | | |
| | NICOR GAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-02637 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SIMMONS, QIANA M | | | Date Filed (f) or Converted (c): | 01/24/11 (f) |
| | | | | 341(a) Meeting Date: | 03/09/11 |
| For Period Ending: | 10/13/14 | | | Claims Bar Date: | 03/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 4. Workers Compensation Claim Claim No. 30100138308-0 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Estimated 2010 Tax Refund Estimation based on: (20 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. 2000 Ford Taurus Milage: 100,000 miles Value based | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 1985 Buick LaSabre Milage: 115,000 Value based on | 1,998.00 | 1,998.00 | | 0.00 | FA |
| 8. PERSONAL INJURY (u) | 0.00 | 0.00 | | 150,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,798.00 | $1,998.00 | $150,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

case reopened to administer undisclosed interest in tort lawsuit

tort lawsuit resolved and court authorization obtained

waiting for claims, TFR filed

TFR Hearing on 9/2/14

TDR in process 10/14

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1                                                                                                                                     Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-02637 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | SIMMONS, QIANA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8587 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9191 | | |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/14 | 8 | CDL YAZ QSF<br>5223 Garth Road<br>Baytown, TX 77521 | QIANNA SIMMONS PI | | 82,004.43 | | 82,004.43 |
| | 8 | CDL YAZ QSF | Memo Amount: 150,000.00<br>RECPTS FROM P. I. LITIGATION | 1142-000 | | | |
| | 8 | COFMAN & TOWNSELY, LLP. | Memo Amount: ( 60,000.00 )<br>ATTY FOR TR - FEES (OTHER FIRM) | 3210-000 | | | |
| | 8 | MEDICAL LIEN: FINAL DEMAND | Memo Amount: ( 2,691.89 )<br>MEDICAID LIEN | 2990-000 | | | |
| | 8 | COFMAN & TOWNSELY, LLP. | Memo Amount: ( 5,303.68 )<br>ATTY FOR TR. EXPENSE (OTHER FIRM) | 3220-000 | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.16 | 81,898.27 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.83 | 81,780.44 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.58 | 81,658.86 |
| * 06/11/14 | 010001 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-003 | | 10,750.00 | 70,908.86 |
| * 06/11/14 | 010001 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees<br>Error - not actually issued but shown on check register at same time as creditor payment made | 2100-003 | | -10,750.00 | 81,658.86 |
| 06/11/14 | 010002 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured claim 100% plus interest<br>Final Payment | | | 1,754.93 | 79,903.93 |
| | | | Claim 1,738.97 | 7100-000 | | | |
| | | | Interest 15.96 | 7990-000 | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.48 | 79,786.45 |

Page Subtotals 82,004.43 2,217.98

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-02637 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | SIMMONS, QIANA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8587 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9191 | | |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/14 | 010003 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 9/2/2014 | 2100-000 | | 6,972.48 | 72,813.97 |
| * 09/03/14 | 010004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 6110-003 | | 7,217.50 | 65,596.47 |
| * 09/03/14 | 010004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee<br>Wrong Amount(missing expenses amount) | 6110-003 | | -7,217.50 | 72,813.97 |
| * 09/03/14 | 010005 | QIANA SIMMONS<br>19001 Anthony Ave<br>Country Club Hills, IL 60478 | Surplus Funds Paid to Debtor | 8200-003 | | 65,596.47 | 7,217.50 |
| * 09/03/14 | 010005 | QIANA SIMMONS<br>19001 Anthony Ave<br>Country Club Hills, IL 60478 | Surplus Funds Paid to Debtor<br>Wrong amount | 8200-003 | | -65,596.47 | 72,813.97 |
| 09/03/14 | 010006 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees & expense<br>c/o 9/2/2014 | | | 7,286.94 | 65,527.03 |
| | | | Fees          7,217.50 | 6110-000 | | | |
| | | | Expenses          69.44 | 6120-000 | | | |
| 09/03/14 | 010007 | QIANA SIMMONS<br>19001 Anthony Ave<br>Country Club Hills, IL 60478 | Surplus Funds Paid to Debtor<br>Final Payment | 8200-002 | | 65,527.03 | 0.00 |

Page Subtotals          0.00          79,786.45

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-02637 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SIMMONS, QIANA M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8587  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9191 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 150,000.00 | COLUMN TOTALS | | 82,004.43 | 82,004.43 | 0.00 |
| | Memo Allocation Disbursements: | 67,995.57 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 82,004.43 | 82,004.43 | |
| | Memo Allocation Net: | 82,004.43 | Less:  Payments to Debtors | | | 65,527.03 | |
| | | | Net | | 82,004.43 | 16,477.40 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 150,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 67,995.57 | Checking Account (Non-Interest Earn - *******8587 | | 82,004.43 | 16,477.40 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 82,004.43 | | | 82,004.43 | 16,477.40 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*